UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Wildflower Aesthetics and Wellness Clinic, PLLC,

Plaintiff,

v.

Cutera, Inc.,

Defendant.

Case No. 3:26-cv-06224-TSH

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) Cutera, Inc., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Melinda M. Morton/Lyndsey Heaton of Procopio Cory Hargreaves & Savitch LLP

Name(s) of counsel withdrawing from representation and firm name:
Andrea M. Dini/Corbett L. Enright of Michelman & Robinson, LLP

Date: 07/17/2026

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: July 17, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California