UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDFLOWER AESTHETICS AND WELLNESS CLINIC, PLLC,<br>Plaintiff,<br>v.<br>CUTERA INC,<br>Defendant. | Case No. 26-cv-06224-TSH<br>**STIPULATION AND ORDER FOR STAY** |

Plaintiff Wildflower Aesthetics and Wellness Clinic, PLLC (Wildflower) and Defendant Cutera, Inc. (Cutera) through their undersigned counsel, hereby jointly request and stipulate as follows:

WHEREAS, following transfer of this case from the Western District of Texas, and the substitution and appearance of current counsel, the parties met and conferred to discuss the litigation;

WHEREAS, as a result of those discussions, the parties agreed to explore potential early resolution of the dispute;

WHEREAS, to preserve judicial and party resources, and to allow discussions to proceed in the most efficient manner, the parties request that the Court stay this case for 60-days to allow for potential early resolution of the matter;

THEREFORE, IT IS HEREBY STIPULATED this case and all related deadlines (including the current deadline for Cutera's answer, per the Court's August 14, 2026, Order) be stayed for 60-days, for good cause show, and in the interest or preserving judicial and party resources.

DATED: August 28, 2026

BARTKO PAVIA LLP

By: [signature]

Oliver Q. Dunlap
Attorneys for Plaintiff Wildflower Aesthetics and Wellness Clinic, PLLC

DATED: August 28, 2026

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/*Lindsey C. Heaton*

Lyndsey C. Heaton
Attorneys for Defendant Cutera, Inc.

IT IS SO ORDERED.

Date:_August 28, 2026____

[signature]

The Honorable Thomas S. Hixson
United States Magistrate Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: August 28, 2026 By: ___*/s/ Oliver Dunlap*___